IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 3:16-cv-674 |
| MICHAEL KASH,<br>Serve: 19456 E. Kent Road<br>     Belle Rive, IL 62810<br>     (Jefferson County, Illinois) | ) ) ) ) ) | |
| and | ) ) | |
| PATRICIA KASH,<br>Serve: 19456 E. Kent Road<br>     Belle Rive, IL 62810<br>     (Jefferson County, Illinois) | ) ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW plaintiff and files its Complaint for Declaratory Judgment and states as follows:

1. Plaintiff is a corporation organized and existing under the laws of the State of Wisconsin with its principal office and place of business in the County of Dane, State of Wisconsin. Plaintiff was and is duly licensed by the State of Illinois to engage in the insurance business in the State of Illinois.

2. Defendants Michael Kash and Patricia Kash are husband and wife residing in the City of Belle Rive, Illinois. Defendants are citizens of the State of Illinois.

3. This Complaint for Declaratory Judgment is brought pursuant to Title 28 U.S.C. §2201 et. seq. and is solely between citizens and residents of different states. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

4. Plaintiff did issue its Family Car Policy 1732-8819-01-94 FPPA-IL to Michael and Patricia Kash for the period 6-07-2010 to 6-07-2011. A copy of the policy is attached hereto and made a part hereof, Exhibit 1.

\* \* \* \* \* \*

5. Policy No. 1732-8819-01-94 FPPA-IL includes the following provisions relevant to this matter:

> End 55 Underinsured Motorist Coverage – Bodily Injury Only
>
> $250,000.00 each person      $500,000.00 each accident
>
> C. INSURING AGREEMENT
>
>> 1. We will pay compensatory damages for bodily injury which an insured person is legally entitled to recover from the owner or operator of an underinsured motor vehicle.
>>
>> 2. The bodily injury must:
>>
>>> a. be sustained by the insured person;
>>>
>>> b. be caused by an accident; and
>>>
>>> c. arise out of the ownership, maintenance, or use of an underinsured motor vehicle.

6. On or about October 13, 2010, Michael Kash was involved in a motor vehicle collision with the operator of an underinsured motor vehicle as defined in Policy No. 1732-8819-01-94 FPPA-IL. Michael Kash made a claim under the underinsured motorist coverage of Policy No. 1732-8819-01-94 FPPA-IL.

7. Michael Kash disputed the amount of underinsured motorist coverage under Policy No. 1732-8819-01-94 FPPA-IL. Contrary to the provisions of the policy, Exhibit 1, it is the position of Michael Kash that the policy provides $1,000,000.00 in underinsured motorist coverage rather than the $250,000.00 shown on the declaration sheet.

8. Michael Kash has made a demand for underinsured motorist benefits in excess of the coverage amount shown on the declaration sheet of Policy No. 1732-8819-01-94 FPPA-IL and has threatened suit if his demands are not met.

9. There exists an actual controversy between plaintiff and defendants with regard to the amount of underinsured motorist coverage under Policy No. 1732-8819-01-94 FPPA-IL and the amount of underinsured motorist benefits defendants are entitled to recover because of the accident of October 13, 2010.

10. By reason of the controversy, plaintiff is in peril of damage or loss unless said policy of insurance is properly construed and the rights of the parties herein are declared, adjudicated and determined in this matter.

WHEREFORE, plaintiff American Family Mutual Insurance Company prays judgment as follows:

1. The limit of underinsured motorist coverage under Policy No. 1732-8819-01-94 FPPA-IL because of the motor vehicle accident of October 12, 2010 is 250,000.00.

2. For costs.

Respectfully Submitted,

LERITZ & PLUNKERT, P.C.


By: /s/ Christopher P. Leritz
Christopher P. Leritz, #6320052
555 Washington Avenue, Suite 600
St. Louis, MO 63101
Telephone: (314) 231-9600
Facsimile: (314) 231-9480
cleritz@leritzlaw.com

ATTORNEYS FOR PLAINTIFF AMERICAN
FAMILY MUTUAL INSURANCE COMPANY