IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY,       Plaintiff/Counterdefendant, <br><br> v. <br><br> MICHAEL KASH, and <br> PATRICIA KASH, <br><br>       Defendants/Counterclaimants. | ) ) ) ) ) ) ) ) ) ) ) ) )     Case No.: 3:16-cv-674 JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff/counterdefendant American Family Mutual Insurance Company and against defendants/counterclaimants Michael Kash and Patricia Kash on all claims and counterclaims in this case; and

IT IS FURTHER DECLARED

The limit of underinsured motorist coverage under American Family Policy No. 1732-8819-01-94-FPPA-IL issued to Michael and Patricia Kash and covering the period June 7, 2010 to June 7, 2011 is $250,000 per person and $500,000 per accident.

**DATED:  December 1, 2017**          JUSTINE FLANAGAN, Acting Clerk of Court

                                                            **s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**